| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  M7ven Supportive Housing & Development Group, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  26-1238301

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1690 Roberts Blvd. NW Suite 110 Kennesaw, GA 30144 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cobb | **Location of principal assets, if different from principal place of business** |
| County | 1690 Roberts Blvd. NW Suite 110 Kennesaw, GA 30144 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  **M7ven Supportive Housing & Development Group, Inc.**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **M7ven Supportive Housing & Development Group, Inc.**    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | M7ven Supportive Housing & Development Group, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **M7ven Supportive Housing & Development Group, Inc.**           Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 4, 2023**
              MM / DD / YYYY

**X** **/s/ Beverly Creagh**                               **Beverly Creagh**
Signature of authorized representative of debtor            Printed name

Title   **Executive Director**

**18. Signature of attorney**

**X** **/s/ Theodore N. Stapleton**                        Date   **April 4, 2023**
Signature of attorney for debtor                                   MM / DD / YYYY

**Theodore N. Stapleton**
Printed name

**Theodore N. Stapleton, P.C.**
Firm name

**2802 Paces Ferry Road**
**Suite 100-B**
**Atlanta, GA 30339**
Number, Street, City, State & ZIP Code

Contact phone   **(770) 436-3334**     Email address   **tstaple@tstaple.com**

**675850 GA**
Bar number and State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | M7ven Supportive Housing & Development Group, Inc. | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alford Wilburn<br>2350 Worthington Dr<br>Powder Springs, GA 30127 | | Account | | | | $1,300.00 |
| Beverly Creagh<br>418 Waterman St SE<br>Marietta, GA 30060 | | Account | | | | $333,000.00 |
| Cobb County Tax Commissioner<br>736 Whitlock Avenue<br>Suite 100<br>Marietta, GA 30064 | | Real Estate Taxes | Contingent<br>Unliquidated<br>Disputed | | | $24,000.00 |
| Eddie E Creagh<br>418 Wateman Street SE<br>Marietta, GA 30060 | | Account | | | | $32,000.00 |
| Elan Financial Services<br>PO Box 79408<br>Saint Louis, MO 63179-0408 | | Account | | | | $3,500.00 |
| Estascha Johnson<br>2326 Bellyard Drive<br>Buford, GA 30519 | | Loan | | | | $70,000.00 |
| Gilmer County Tax Commissioner<br>1 Broad Street<br>Suite 105<br>Ellijay, GA 30540 | | Real Estate Taxes | Contingent<br>Unliquidated<br>Disputed | | | $76.00 |
| Linda Burroughs<br>4310 Covington Highway<br>Suite 303<br>Decatur, GA 30035 | | Account | | | | $3,500.00 |

Debtor **M7ven Supportive Housing & Development Group, Inc.**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nathaniel Jones** 6405 Karen Court Riverdale, GA 30296 | | **Loan** | | | | $25,000.00 |
| **Roberts Business Center Assn.** c/o Custom Networks, Inc. 1690 Robers Blvd.-Suite 115 Kennesaw, GA 30144 | | **HOA** | | | | $16,000.00 |
| **Strickland & Son Construction** 4354 Clairesbrook LN Acworth, GA 30101 | | **Account** | | | | $85,000.00 |
| **U.S. SBA** 14925 Kingsport Rd Fort Worth, TX 76155 | | **Disaster Loan** | | | | $150,000.00 |

A. Christian Wilson, Esq.
One Ameris Center
3490 Piedmont Road NE
Atlanta, GA 30305


Alford Wilburn
2350 Worthington Dr
Powder Springs, GA 30127


Ameris Bank
304 Tribble Gap Road
Suite 200
Cumming, GA 30040


Beverly Creagh
418 Waterman St SE
Marietta, GA 30060


Cobb County Tax Commissioner
736 Whitlock Avenue
Suite 100
Marietta, GA 30064


Eddie E Creagh
418 Wateman Street SE
Marietta, GA 30060


Elan Financial Services
PO Box 79408
Saint Louis, MO 63179-0408


Estascha Johnson
2326 Bellyard Drive
Buford, GA 30519


Gilmer County Tax Commissioner
1 Broad Street
Suite 105
Ellijay, GA 30540

Linda Burroughs
4310 Covington Highway
Suite 303
Decatur, GA 30035


Nathaniel Jones
6405 Karen Court
Riverdale, GA 30296


Roberts Business Center Assn.
c/o Custom Networks, Inc.
1690 Robers Blvd.-Suite 115
Kennesaw, GA 30144


Strickland & Son Construction
4354 Clairesbrook LN
Acworth, GA 30101


U.S. SBA
14925 Kingsport Rd
Fort Worth, TX 76155


U.S. SBA
2 North Street
Suite 320
Birmingham, AL 35203

# United States Bankruptcy Court
## Northern District of Georgia

In re  **M7ven Supportive Housing & Development Group, Inc.**　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **M7ven Supportive Housing & Development Group, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 4, 2023** | **/s/ Theodore N. Stapleton** |
| Date | **Theodore N. Stapleton** |
| | Signature of Attorney or Litigant |
| | Counsel for  **M7ven Supportive Housing & Development Group, Inc.** |
| | **Theodore N. Stapleton, P.C.** |
| | **2802 Paces Ferry Road** |
| | **Suite 100-B** |
| | **Atlanta, GA 30339** |
| | **(770) 436-3334 Fax:(404) 935-5344** |
| | **tstaple@tstaple.com** |